Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Plaintiff
LIVED IN IMAGES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LIVED IN IMAGES, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>EVOLVE MEDIA, LLC, a California limited liability company, TOTALLYHER MEDIA, LLC, a California limited liability company, and DOES 1-5,<br><br>        Defendants. | No.: 14-1907<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

     LIVED IN IMAGES, INC. ("Lived In Images" or "Plaintiff") hereby alleges for its complaint against EVOLVE MEDIA, LLC and TOTALLYHER MEDIA, LLC (collectively "Defendants") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

1
COMPLAINT

## I.    JURISDICTION AND VENUE

1.    This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a claim for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

2.    This Court has personal jurisdiction over Evolve Media because it is a California limited liability company residing in Los Angeles County.

3.    This Court has personal jurisdiction over TotallyHer Media because it is a California limited liability company residing in Los Angeles County.

4.    Venue is appropriate under 28 U.S.C. § 1391(b) because TotallyHer Media and Evolve Media reside in this judicial district and a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

## II.    PARTIES

5.    Plaintiff is a California corporation with its principal business address at 1401 North El Camino Real, Suite 203, San Clemente, California 92672.

6.    Evolve Media is a California limited liability company with its principal business address at 5140 Goldleaf Cir. 3rd Fl., Los Angeles, CA 90056.

7.    TotallyHer Media is a California limited liability company with its principal business address at 5140 Goldleaf Cir. 3rd Fl., Los Angeles, CA 90056.

8.    Plaintiff does not know the true names of defendants named in this complaint as Does 1 through 5 and therefore sues those defendants by such fictitious names. Plaintiff will amend the complaint to include the true names of the Doe Defendants and allege facts supporting their liability when Plaintiff learns them through discovery. Plaintiff is informed and believes, and on that basis alleges, that each of the fictitiously named defendants is responsible in some manner for the acts and omissions that give rise to Plaintiff's injuries, and that the Doe Defendants proximately caused Plaintiff's injuries.

### III.   FACTS

**A.   Lived In Images created copyrightable photographs and registered them with the U.S. Copyright Office.**

9.    Lived In Images is a leading stock photo archive specializing in home, garden, and interior design pictures.

10.    With one of the largest home design databases, Lived In Images offers both managed licensing for use of its photographs.

11.    Lived In Images registered a group of 5,500 architectural photographs with the U.S. Copyright Office and was issued Copyright Registration No. VA 1-431-181 (November 13, 2009) (hereafter "Group Registration"). A copy of the registration is provided as Exhibit A.

**B.   Defendants published and displayed a copy of Lived In Images' copyrighted photographs without license or permission.**

12.    Evolve Media is a content publishing company that owns and operates a portfolio of websites under TotallyHer Media. One of the websites operated by Defendants is <www.momtastic.com>.The website <www.momtastic.com> is targeted at offering mothers parenting advice, inspirational ideas for the home, and style solutions.

13.    On or around July 2014, Lived In Images discovered that Defendants were displaying a copy of its copyrighted images without license or permission on <www.momtastic.com>. Attached as Exhibit B is a screenshot of Defendants' infringing use.

14.    Shortly thereafter, Lived In Images sent Defendants a notice by email informing it of the infringing use. Defendants failed to respond.

15.    To date, the infringing image is still displayed on Defendants' website.

### IV.   CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT

16.    Lived In Images hereby incorporates Paragraphs 1-16 by reference.

17.    Lived In Images is, and at all relevant times has been, the owner of the

copyright of the Group Registration, composed of approximately 5,500 architectural photographs.

18.   Each photograph in the Group Registration is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

19.   Lived In Images has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

20.   Lived In Images registered the copyright in each photograph in the Group Registration with the United States Copyright Office before Defendants began infringement.

21.   Lived In Images has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the copyrighted photographs, (2) prepare derivative works based of the copyrighted photographs, (3) distribute copies of the copyrighted photographs, and (4) display the copyrighted photographs publicly.

22.   Without the permission or consent of Lived In Images, photographs from the Group Registration were reproduced, derivative works were made from, copies were distributed of, and the photographs were displayed on Defendants' website.

23.   Lived In Images' exclusive rights in the photographs in the Group Registration were violated.

24.   Defendants induced, caused, or materially contributed to the infringement.

25.   Defendants had actual knowledge of its infringement.

26.   Defendants acted willfully.

## V.   RELIEF REQUESTED

WHEREFORE, Lived In Images asks this Court to enter judgment against Defendants and its subsidiaries, affiliates, agents, employees, Does 1 - 5, and all persons acting in concert or participation with them, granting the following relief:

1.   Temporary and permanent injunctions preventing and restraining

4
COMPLAINT

infringement of the Group Registration, Registration No. VA 1-431-181 (November 13, 2009) by Defendants under 17 U.S.C. § 502;

2.      An order requiring the destruction of all copies made by or under the control of Defendants of the photographs in the Group Registration and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3.      An award of the actual damages suffered by Lived In Images as the result of Defendants' infringement plus the profits of Defendants attributable to the infringement under 17 U.S.C. § 504(b);

4.      Alternatively, if Lived In Images so elects, an award of statutory damages for each infringement of the Group Registration under 17 U.S.C. § 504;

5.      A judgment that Defendants' infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6.      An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7.      For such other and further relief as may be just and proper under the circumstances.

Dated December 3, 2014.

Respectfully Submitted,

NEWMAN DU WORS LLP

By:   *Sophy Tabandeh*

Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*

Attorneys for Plaintiff
Lived In Images, Inc.

COMPLAINT

1

**JURY DEMAND**

2

Pursuant to FED. R. CIV. P. 38(b), Plaintiff Lived In Images, Inc. demands a

3

trial by jury of all issues presented in this complaint which are triable by jury.

4

5

Dated December 3, 2014.

6

7

8

Respectfully Submitted,

9

NEWMAN DU WORS LLP

10

By:   *[signature]*

11

Sophy Tabandeh, State Bar No. 287583

12

*sophy@newmanlaw.com*
Derek A. Newman, State Bar No. 190467

13

*derek@newmanlaw.com*

14

Attorneys for Plaintiff

15

Lived In Images, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT